IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PHILLIPS TAYLOR**                                                                                    **PLAINTIFF**

v.                              Case No. 4:12-cv-196-KGB

**GOVERNMENT EMPLOYEES INSURANCE COMPANY**
**a/k/a "GEICO"**                                                                                      **DEFENDANT**

### ORDER OF DISMISSAL

The parties have jointly stipulated to the dismissal with prejudice of plaintiff's complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs. Therefore, plaintiff's complaint is dismissed with prejudice; each party shall bear its own costs. All pending motions are moot.

SO ORDERED this the 1st day of February, 2013.

_____
Kristine G. Baker
United States District Judge